# THE MARKS LAW FIRM, P.C.

February 25, 2016

<u>VIA ECF</u>

Hon Valerie Caproni
U.S. District Judge
Southern Distict of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

       <u>Re: DONCOUSE v NEW YORK GOLF CENTER, INC. AND 131 W. 35TH ST.
TENANTS CORP.</u>
       Case No. 1:16-cv-00281-VEC

Dear Judge Caproni:

    As you are aware, the undersigned represents Plaintiff in the above-referenced matter. We respectfully request an adjournment, on consent of all parties, of the March 4, 2016 Pre-trial Conference at 10:00am in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007 to April 7, 2016 at 10:00am (or as soon as the court would adjourn thereafter). Accordingly we request the parties must submit a joint letter and joint Case Management Plan no later than 7 days prior to the adjourned hearing in accordance with the Court's February 11, 2016 Order (Dkt. 7). This request is made on consent of Defendants. This is the first adjournment request of the Pre Trial conference. It should be noted, the parties to this action are in process of negotiating a reasonable settlement in good faith.

    We appreciate your time and consideration of this matter.

`
                                              Respectfully submitted,

                                              The Marks Law Firm, P.C

                                      By:_____
                                               Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawfirm.net
www.markslawfirm.net