**MEMO ENDORSED**

March 23, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/28/2016

<u>Sent via ECF</u>
Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: <u>GRACIELA DONCOUSE ("Plaintiff") v. NEW YORK GOLF CENTER, INC. AND 131 W. 35TH ST. TENANTS CORP</u> ("Defendants")
Index # 1:16-cv-00281-VEC
**Notice of Dismissal**

Dear Judge Caproni,

The undersigned counsel represents Plaintiff, Graciela Doncouse, in the above referenced matter. This letter notice is being filed pursuant to Federal Rule 41(a)(1)(A)(i) Dismissal of Actions WITH PREJUDICE in accordance with resolution.

Our client respectfully dismisses the above captioned matter, without court order, with prejudice because the opposing parties have not appeared in this action, nor has the opposing parties served an answer or motion for summary judgment to date. The parties have resolved this matter.

`

Respectfully submitted

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks, Esq
Attorney for Plaintiff

SO ORDERED.

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
Date: 3/28/2016

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawfirm.net
www.markslawfirm.net